JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE ARAMBULA, | )      Case No. CV 18-5514-ODW-JEM |
|          Plaintiff, | ) |
| | )      J U D G M E N T |
|      v. | ) |
| ANDREW M. SAUL, Commissioner of Social Security Administration, | ) |
| | ) |
|          Defendant. | ) |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and this action is REMANDED for further proceedings in accordance with this Report and Recommendation and with law.

DATED:    October 21, 2019

                         OTIS D. WRIGHT, II
               UNITED STATES DISTRICT JUDGE